55,249-02

I would Like A Answer on my
11.07 That Proves of the ineffectve
ineffective Assistace, And I Am why
Over my sentence, And it is A
sentencing violation,
And NO, I did not Plea True
That is A lie.

Exp
10-1-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 09 2015

Abel Acosta, Clerk